# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA
# CIVIL DIVISION

**PRESCOTT LOVERN, SR.**
in his capacity as
**Private Attorney General**

Plaintiff,

MOTION OF DISMISSAL
OF ALL DEFENDANTS
PURSUANT TO F.R.Civ.P.
41(a)(1)(A)(i) WITHOUT
COURT ORDER

Case No. DC/1:15-cv-00029  RJL

v.

**THE HOME DEPOT, INC.**
2455 Paces Ferry Road N.W.
Atlanta, Georgia 30339
(770)-433-8211,
(serve): Home Depot
901 Rhode Island Ave NE
Washington, DC
(202) 526-8760,

**FRANK BLAKE** (individual capacity)
2455 Paces Ferry Road N.W.
Atlanta, Georgia 30339
(770)-433-8211,

**CAROL TOME** (individual capacity)
2455 Paces Ferry Road N.W.
Atlanta, Georgia 30339
(770)-433-8211,

**RICHARD MCPHAIL** (individual capacity)
2455 Paces Ferry Road N.W.
Atlanta, Georgia 30339
(770)-433-8211,



RECEIVED
Mail Room

JAN 15 2015

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

**MARC POWERS** (individual capacity)
2455 Paces Ferry Road N.W.
Atlanta, Georgia 30339
(770)-433-8211,

**CARA KINZEY** (individual capacity)
2455 Paces Ferry Road N.W.
Atlanta, Georgia 30339
(770)-433-8211,

**MARVIN ELLISON** (individual capacity)
2455 Paces Ferry Road N.W.
Atlanta, Georgia 30339
(770)-433-8211

        Defendants.

## VOLUNTARY MOTION TO DISMISS WITHOUT COURT ORDER

Prescott Lovern, Sr., *pro se* Plaintiff, respectfully moves to voluntarily dismiss this Private Attorney General, non-class action, lawsuit pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff voluntarily dismisses this lawsuit, without prejudice, against all Defendants:

This case was originally filed in D.C. Superior Court based solely on D.C. laws, with <u>No</u> questions of federal law. Defendants illegally removed it to federal court, then in violation of constitutional laws of the U.S., the Rules of Professional Responsibility, and U.S. Supreme Court precedent, conspired with MDL Court Executive and Clerk in the District of Columbia to illegally remove it to an MDL Rule 23 class action in Georgia, MDL No. 2583.

At no time prior has this case, or the claims in this case, ever been dismissed, and, no Defendant has filed an answer, or, filed a motion for summary judgment.

WHEREFORE, in lieu of having this case illegally hijacked by the federal courts for a year like *In re: Standard & Poor's Rating Agency Litigation*, Case No. 1:13-MDL 02446, in the U.S. District Court for the Southern District of New York, Plaintiff elects to voluntarily dismiss this case, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, to take a different course of action.

Plaintiff respectfully requests the court to send him any documents via email at prescottl@rlassociateslaw.com.

January 15, 2015

                                             Respectfully submitted,

                                             */s/ Prescott Lovern, Sr.*

                                             Prescott Lovern, Sr. *Pro Se*
                                             R & L Associates Law
                                             15 E. Churchville Rd
                                             STE 150
                                             Bel Air, MD 21014
                                             PH: (941)-870-8072
                                             FAX: (941)-870-8091
                                             prescottl@rlassociateslaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT all Defendants received service through their attorney, Stewart Haskins, King & Spalding, Atlanta, GA, via email on January 16, 2015.

S. Stewart Haskins, II, Esq.
(Defense Counsel for all Defendants)
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309
SHaskins@KSLAW.com

January 15, 2015

_____
Prescott Lovern, Sr. *Pro Se*